JESSE KURLANDZIK, Appellant, Respondent, v. ALEXANDER PROBST, Respond-

---

* Added by Laws of 1923, chap. 526.— [REP.

ent, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.